## Instructions



**Your medications have changed**

➡ START taking:
acetaminophen (Tylenol)

docusate sodium (Colace)

metoprolol tartrate (Lopressor)

oxymetazoline (Afrin)

polyethylene glycol 3350 (Glycolax)
Start taking on: January 25, 2024

rivaroxaban (Xarelto)
Start taking on: January 24, 2024

senna (Senokot)

Review your updated medication list below.

## Your Next Steps

👍 **Do**

☐ Pick up 7 medications from WALGREENS DRUG STORE #17293 - PRINCETON, NJ - 301 N HARRISON ST AT NWC.

## What's Next

You currently have no upcoming appointments scheduled.

## Information on VTE

### Deep Vein Thrombosis/Pulmonary Embolism

**What happens when a clot forms?**
When a clot forms in the leg or arm it is called a deep vein thrombosis (DVT). A DVT can be painful, cause swelling or redness, or break off and go to the lungs. A clot in the lung is called a pulmonary embolism (PE). A PE can be painful or cause rapid breathing, and it can make your heart beat faster and work harder than usual.

If your heart rhythm is abnormal, a clot can form in the heart and go to the brain, where it can cause a stroke. If a stroke occurs, you may have difficulty speaking in normal sentences, drooping on one side of the face, dizziness, or weakness on one side of the body. If you have mechanical heart valves, clots can form on the valve and prevent your heart from working correctly.

Katrell K. Abdullah (MRN: 00240329) • Printed at 1/24/2024 5:36 PM          Page 1 of 11    Epic