

James A. Keller
Phone: (215) 972-1964
Fax: (215) 972-4152
James.Keller@saul.com
www.saul.com

May 30, 2024

**Via ECF**
Hon. Renee Marie Bumb, U.S.D.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

      **Re:**    **Shariese Abdullah v. Rowan University & Noah Weinstein**
               **No.: 1:21-cv-19256**

Dear Judge Bumb:

On May 6, after the deadline to do so had already passed, Plaintiff's counsel requested yet another "extension" of time to file a Supplemental Brief in response to Defendants' Motions to Dismiss. In doing so, Plaintiff's counsel wrote as follows:

> *I kindly ask for the court's understanding that we are a few days behind schedule. We aim to submit the brief by May 9, and we are working diligently to complete it sooner.*

It is now May 29, and once again, no brief has been filed.  Plaintiff's counsel has also failed to file the Stipulation of Dismissal that this Court asked him to file on April 24, 2024, and reminded him to file on May 8, 2024.

At this point, Defendant Rowan University respectfully requests that the Court issue final rulings on all pending motions based on the existing briefing record, as there is no indication if, or when, Plaintiff's counsel might actually file another brief.

Centre Square West ◆ 1500 Market Street, 38th Floor ◆ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ◆ Fax: (215) 972-7725

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

52375716.1

May 30, 2024
Page 2

Thank you for your consideration of this request.  I am of course happy to speak at Your Honor's convenience.

Respectfully submitted,

James A. Keller

Cc:     Patricia Hamill, Esq., via ECF
        Christopher Lucca, Esq., via ECF
        Gary Grant, Esq., via ECF and at garygrant22@gmail.com
        Shariese Abdullah, via regular mail

52375716.1