## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**Minutes of Proceedings**

**OFFICE:** CAMDEN                                     **DATE:** December 19, 2024

**JUDGE MATTHEW SKAHILL, U.S.M.J.**

**COURT REPORTER:** Court Conference Line

**TITLE OF CASE:**                          **DOCKET NO. 21-19256 (CPO/MJS)**
ABDULLAH
 v.
ROWAN UNIVERSITY et al

**APPEARANCES:**
Gary Grant, Esq. for Plaintiff.
James Keller, Esq. and Seema Ramearin Esq. for Defendant

**NATURE OF PROCEEDINGS:**    Status Conference
Status Conference held by phone on the record.
Order to be entered.

                                        *s/Ryan Sanders*
                                        **DEPUTY CLERK**

**TIME COMMENCED:** 12:21 p.m.   **TIME ADJOURNED:**  12:25 p.m.
**TOTAL TIME:**   4 minutes