Shariese Abdullah

107 Redding Circle

Princeton, NJ 08540

January 24, 2025 (Via Electronic Filing Only)

Hon. Christine P. O'Hearn; Matthew J. Skahill,

USDJ Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets

Camden, NJ 08101

RE: Abdullah versus Rowan University case number 1:21 –cv– 19256- Concerning submission of evidence and interrogatories: I would like to inform the court that all forms of evidence (i.e., electronic, testimonial, and documentary evidence) cannot be submitted until counsel is found. I would appreciate it if the court could help me and provide a court-appointed attorney. Mr. Grant is no longer licensed by the NJ State Bar. He has informed me that Ms. Globus cannot practice in federal court. I have contacted several attorneys, and without dismay, many have stated how challenging it will be to submit evidence now, and they questioned why the first attorney did not submit all my discoveries. Honor Skahill, Montgomery Law also has my digital and electronic discovery, which you asked the firm to return. Still, they did not submit it to the court or return the digital drive files to me for submission to you. However, I had backup files. As a person with numerous documented disabilities, I ask for a fair, equal trial. Neither Mr. Grant nor Ms. Globus can assist me, though they have tried to help me as best as possible. So, I will need to submit the evidence myself. Still, I do not know how to submit the evidence to the court, nor do I know how to ask questions for interrogatories to complete an investigation to ensure that the court receives all of the evidence relevant to the case.

I appreciate your consideration, given my circumstances.

Respectfully submitted,

 Shariese Abdullah

Cc: Mr. JAMES ANDREWKELLER, Esq.

SAULEWINGARNSTEIN&LEHRLLP CENTRESQUAREWEST 1500 MARKET STREET 38TH FLOOR PHILADELPHIA, PA 19102

Cc: Mr. CHRISTOPHER M. LUCCA CONRADO'BRIENPC 1500 MARKET STREET, SUITE 3900 CENTRE SQUARE, WEST TOWER PHILADELPHIA, PA 19102